IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| Thomas Ray Finch ) | Chapter 13 |
| Heather Rae Finch ) | |
| ) | Case No. 13-12929 |
| Debtor. ) | |
| ) | |
| **THOMAS RAY FINCH** ) | |
| **HEATHER RAE FINCH** ) | |
| ) | |
| **Plaintiffs.** ) | |
| ) | |
| V. ) | **Adversary Proceeding No. 14-1006** |
| ) | |
| **WELLS FARGO BANK , N.A.** ) | |
| **dba Wells Fargo Dealer Services** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO ENTER AGREED ORDER

Come the Debtors, Thomas Ray Finch and Heather Rae Finch, by and through counsel, and hereby move the Court for authorization to enter the attached Agreed Consent Order of Dismissal of this Adversary Proceeding with Prospective Injunctive Relief.

Respectfully Submitted,

RICHARD BANKS & ASSOCIATES, P. C.

Richard L. Banks, BPR 000617
393 Broad Street NW
P.O. Box 1515
Cleveland, TN 37364
T. (423) 479-4188
F. (423) 478-1175

rbanks@rbankslawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Motion and Agreed Order were filed electronically and were served by first class mail and /or by the Court's Electronic Filing Notice to the parties listed below:

Philip Rubin
5555 Glenridge Connector, Suite 900
Atlanta, GA 30342   (Via Email prubin@lrglaw.com)
Attorney for Defendant Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services

This 7th day of March, 2014.

Richard L. Banks, BPR 000617